UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLAYTON WILSON (#101769)

VERSUS

OWNERS WINN DIXIE MARKET PLACE, INC., ET AL.

CIVIL ACTION

NO. 17-467-BAJ-RLB

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 27, 2017[1] to which no objection has been filed.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and plaintiff's action is DISMISSED, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on January 16, 2018.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] R. Doc. 6